IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX A. MCCURDY, | No. C 07-3657 JF (PR) |
| Petitioner, | JUDGMENT |
| vs. | |
| STEPHEN W. MAYBERG, et al., | |
| Respondents. | |

The Court has dismissed the instant habeas petition without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/29/07

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.07\McCurdy657jud           1

1  A copy of this ruling was mailed to the following:

2

   Rex McCurdy
3  000035-6
   Coalinga State Hospital
4  P.O. Box 5003
   24511 West Jayne Avenue
5  Coalinga, CA  93210

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.jf\hc.07\McCurdy657jud          2